IN THE MATTER OF SAMUEL R. SYMS.

Order reversed, and proceedings remitted to the Special Term. (See opinion in *Matter of O'Reilly*.)

IN THE MATTER OF JOHN C. VANDENHEUVEL AND OTHERS, TO VACATE AN ASSESSMENT, &c.

Order affirmed, with $10 costs, and disbursements, on opinion *In re Mahan*,* and *In re Merriam*.

IN THE MATTER OF PATRICK MALONE, TO VACATE AN ASSESSMENT, &c.

Order affirmed, with $10 costs, and disbursements; the court being unable to distinguish this case in principle from *In re Merriam*.

IN THE MATTER OF JOHNSTON LIVINGSTON, TO VACATE AN ASSESSMENT, &c.

Order reversed, with $10 costs, and disbursements, and application granted.

Opinion PER CURIAM.

IN THE MATTER OF GUY R. PELTON, TO VACATE AN ASSESSMENT, &c.

Order affirmed, with $10 costs, and disbursements.

IN THE MATTER OF CHARLES A. DEVLIN.

Order affirmed, with $10 costs, and disbursements.

IN THE MATTER OF ERASTUS H. MUNSON.

Order affirmed, with $10 costs, and disbursements.